UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Robert Trevor Gaye, ) | Case No.: 6:20-bk-04307-LVV |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

1. A preliminary hearing in this case will be held on **March 16, 2021 at 11:00 a.m.** to consider and act upon the following and transact such other business that may come before the Court:

    Chapter 7 Trustee's Motion to (I) Approve a Short Sale of Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. §363(b), (f), and (m), (II) Surcharge Agreement Between Secured Lender and the Estate, and (III) Other Relief

2. The hearing may be continued upon announcement made in open Court without further notice.

3. Any party opposing the relief south at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Telephonic Appearance Requirement. Effective March 16, 2020, and continuing until further notice, Judges in all Divisions will conduct all hearings by telephone. For Judge Karen S. Jennemann, parties should arrange a telephonic appearance through Court Call (866-582-6878).

Dated: February 12, 2021

/s/ Lori Patton, Trustee
Lori Patton
PO Box 520547
Longwood, FL 32752
Phone: (407) 937-0936

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Preliminary Hearing was furnished by first class United States Mail, postage prepaid, or by electronic delivery, to all persons on the mailing matrix, attached to the original of this document, as furnished by the Clerk's office on February 12, 2021.

/s/ Lori Patton
Lori Patton

```
Label Matrix for local noticing        Robert Trevor Gaye                     ARI hetra
113A-6                                 7219 Regina Way                        4119 Binion Way
Case 6:20-bk-04307-LVV                 Orlando, FL 32819-5219                 Lebanon, OH 45036-9336
Middle District of Florida
Orlando
Fri Feb 12 10:52:24 EST 2021

CL45 MW Loan 1, LLC                    CL45 MW Loan 1, LLC                    EBITDA, LLC
3144 S. Winton Road                    Dept. 5670                             700 Melrose Ave, K41
Rochester, NY 14623-2981               PO Box 4110                            Longwood, FL 32779
                                       Woburn, MA 01888-4110


Internal Revenue Service               Jacobus Energy, Inc.                   Orlando Truck Parts
Centralized Insolvency Ops             c/o Kevin P. Robinson, Esq.            9633 Oak Crossing Rd
PO Box 7346                            315 E Robinson St., Ste 600            Orlando, FL 32837-8489
Philadelphia, PA 19101-7346            Orlando, FL 32801-4341


Prater Radiator                        Stephen F Forman, Trustee              Frank M Wolff +
1032 W Michigan St                     Stephen F Foreman Revocable Trus       Latham, Luna, Eden & Beaudine, LLP
Orlando, FL 32805-5447                 2211 Lee Road, Suite 100               Post Office Box 3353
                                       Winter Park, FL 32789-1849             Orlando, FL 32802-3353


Lindsey A Savastano +                  Note: Entries with a '+' at the end of the    End of Label Matrix
Frenkel Lambert Weiss Weisman & Gordon name have an email address on file in CMECF   Mailable recipients   13
One East Broward Boulevard, Suite 1111                                                Bypassed recipients    0
Ft. Lauderdale, FL 33301-1894                                                         Total                 13
```